UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOHN TURNAGE,                                                 CIVIL NO. 05-2485 (PAM/JSM)

    Plaintiff,

v.                                                                                  <u>ORDER</u>

JOHN DOE (CITY OF
MINNEAPOLIS, MINNESOTA)
JOHN DOE (PYSCHARIST),

    Defendants.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated November 2, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED:

1.     Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), is **DENIED**;

2.     This action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1);

3.     Plaintiff is required to pay the unpaid balance of the Court filing fee, namely the full $250.00, in accordance with 28 U.S.C. § 1915(b)(2); and

4. For purposes of 28 U.S.C. § 1915(g), this action is dismissed "on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted."

Dated: <u>November 22, 2005</u>

<u>s/ Paul A. Magnuson</u>
PAUL A. MAGNUSON, Judge
United States District Court